UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MANUEL UTRERAS,

        Plaintiff,

     - against -

CHICAGO TITLE INSURANCE COMPANY,
FIDELITY NATIONAL TITLE GROUP, AND
JOHN DOE # 1-3,

        Defendants.

-----------------------------------------------------------X

**JUDGMENT**
12-CV-04766 (RRM)(LB)

    A Memorandum and Order having been filed this day, dismissing all claims against all

defendants, denying leave to replead, and directing the Clerk of Court to enter judgment

accordingly and close this case, it is

    **ORDERED ADJUDGED AND DECREED** that petitioner take nothing of defendants;

and that the petition for a writ of habeas corpus is denied without prejudice; and that this case is

hereby closed.

    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order

would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of

an appeal.

Dated: Brooklyn, New York
      September 1, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge